UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-MJ-05706-DUTY | Date | September 24, 2024 |
| Title | United States v. Jerry Wimbley, Jr. | | |

Present: The Honorable   A. Joel Richlin

| | |
|---|---|
| Claudia Garcia-Marquez | CS 09/24/2024 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| Cameron Vanderwall | Charles Snyder |

**Proceedings:**   ORDER OF DETENTION

The Court conducted a detention hearing on:

☒   The motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving: a crime of violence or Federal crime of terrorism.

\* \* \*

The Court finds that no condition or combination of conditions will reasonably assure:
  ☐ the appearance of the defendant as required.
  ☒ the safety of any person or the community.

   In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the Defendant; (c) the history and characteristics of the Defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)]  The Court also considered the evidence presented at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

   With regard to the nature and circumstances of the offense charged, the Court notes that the allegations include Defendant pointing a gun at one of the victims and robbing the victims of $200,000 in cash.  As alleged in the Complaint, this was a highly planned and premediated robbery.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-MJ-05706-DUTY | Date | September 24, 2024 |
| Title | United States v. Jerry Wimbley, Jr. | | |

With regard to the weight of the evidence, the Court notes that Defendant is tied to the vehicle used in the robbery by his DNA, as well as a receipt found in the vehicle and surveillance video. State law enforcement used historic cell site information and DMV records to tie the vehicle to Defendant's residence. Law enforcement has also obtained transaction records from Commerce Casino showing that after the robbery, Defendant visited Commerce Casino 11 times, purchasing approximately $34,500 in chips while cashing out approximately $168,700 in chips. The Complaint also includes statements from a confidential informant who worked at the bank and knew about Defendant receiving a tip that the victims were going to withdraw $200,000. According to the Complaint, the confidential informant suspected that Defendant committed the robbery because he disappeared right after it occurred. The Court considers the weight of the evidence to determine whether Defendant poses a danger to the community.

With regard to the Defendant's criminal history, the Court notes that Defendant has a very recent conviction for the manufacturing, selling, or transportation of an assault weapon on March 28, 2024, for which the Defendant received a sentence of 12 days in jail followed by 2 years of probation. With regard to the personal characteristics of Defendant, the Court notes that Defendant is a documented member of the "Pasadena Denver Lane Bloods."

With regard to the nature and seriousness of the danger to the community, the Court notes that on the day of his arrest, a loaded Glock handgun was found in Defendant's room. According to the Complaint, the confidential informant knows Defendant to be a dangerous individual who has been involved in multiple homicides and threatened to kill the confidential informant if they ever went to law enforcement. Also according to the Complaint, the confidential informant recorded Defendant's co-conspirators stating that Defendant has been using narcotics and threatened multiple other individuals while brandishing a gun and threatening to kill them. Based on the recording, the co-conspirators believed that Defendant had become increasingly delusional, crazy, and violent.

These are the key facts that the Court relies on to find that the Government has met its burden to show by clear and convincing evidence that no condition or combination of conditions can reasonably assure the safety of the community.

IT IS THEREFORE ORDERED that the Defendant be detained until trial. The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:24-MJ-05706-DUTY | Date | September 24, 2024 |
|---|---|---|---|
| Title | United States v. Jerry Wimbley, Jr. | | |

which Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]